**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **L. RUTHER,** | : | **CIVIL ACTION NO. 1:13-CV-1641** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **STATE KENTUCKY OFFICERS,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 11th day of July, 2013, upon consideration of the Report and

Recommendation of United States Magistrate Judge Susan E. Schwab (Doc. 4),

recommending that plaintiff's request to proceed *in forma pauperis* (Doc. 2) be granted

and plaintiff's complaint (Doc. 1) be dismissed without prejudice, and, following an

independent review of the record, and noting that Plaintiff filed objections[1] to the report

(Doc. 5) on July 1, 2013, and the court finding Magistrate Judge Schwab's analysis to be

thorough and well-reasoned, and the court finding the objections to be without merit and

squarely addressed by Magistrate Judge Schwab's report (Doc. 4), it is hereby

ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are
filed, the court must perform a *de novo* review of the contested portions of the
report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3
(M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir.
1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires
'written objections which . . . specifically identify the portions of the proposed
findings, recommendations or report to which objection is made and the basis for
those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL
4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1.  The Report and Recommendation of Magistrate Judge Schwab (Doc. 4) are ADOPTED.

2.  Plaintiff's request to proceed *in forma pauperis* (Doc. 2) is GRANTED.

3.  Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice. Plaintiff is granted leave to file an amended complaint within twenty (20) days of the date of this order, which shall address the deficiencies set forth in Magistrate Judge Schwab's Report and Recommendation. Failure to file an amended complaint in a timely fashion shall be deemed an abandonment of these claims and this matter shall be dismissed with prejudice.

4.  The above-captioned case is REMANDED to Magistrate Judge Susan E. Schwab for further proceedings.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge