# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **L. RUTHER,** | : | **CIVIL ACTION NO. 1:13-CV-01641** |
| **Plaintiff,** | : | **(Chief Judge Conner)** |
| v. | : | |
| **STATE KENTUCKY OFFICERS,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 8th day of October, 2013, upon consideration of the report (Doc. 4) of United States Magistrate Judge Susan E. Schwab, recommending that the court grant plaintiff's motion for leave to proceed *in forma pauperis* but dismiss the complaint as the same is illegible and incomprehensible, and further upon consideration of the court's order (Doc. 6) adopting said report and granting plaintiff twenty (20) days in which to file an amended pleading addressing the deficiencies outlined by the magistrate judge, and it appearing that plaintiff has not filed an amended pleading within the time allotted, and it further appearing that plaintiff's July 25, 2013 filing (Doc. 7) docketed by the clerk as a "motion to stay order" is otherwise totally unintelligible, and the court thus unable to discern the nature of the relief requested by plaintiff, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 7) to stay order is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                          /S/ CHRISTOPHER C. CONNER
                                          CHRISTOPHER C. CONNER
                                          Chief Judge, Middle District of Pennsylvania